# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 114 WM 2018

                Respondent         :

                  v.             :

JEFFREY A. KEITH,            :

                Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Application for Extraordinary Relief is DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filing to counsel of record.